Gerard Chang
In Pro Per
1247 Vicente Street
San Francisco, CA 94116
Tel.: (415) 812-5808



FILED
07 JUL -5 PM 2: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GERARD CHANG,<br><br>  Plaintiff,<br><br>  vs.<br><br>GREATER BAY BANK, GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE, and DOES 1 to 50,<br><br>  Defendants.<br>_____/ | CASE NO.: C 07-3334 EMC   CW<br><br><br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age, my address being 1247 Vicente Street, San Francisco, CA 94116.

I certify that a copy of the document(s) listed below and any attachments was/were served, either in person or by mail, on the persons listed below.

1. **Summons**
2. **Complaint**
3. **Standing Orders**
4. **Order Setting Initial Case Management Conference**
5. **ADR Dispute Resolution Procedures in the Northern District of California**
6. **Welcome Pamphlet from US District Court, San Francisco**
7. **ECF Registration Information Handout**

The individuals served are as follows:

Patricia K. Gillette, Esq.
Attorney for Defendants Greater Bay Bank et al.
Heller Ehrman Attorneys LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

Name of the Person with whom the documents were left: CARL GORMAN

Date Served: 7-3-07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7-3-07

Victor J. Cervantes

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Gerard Chang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 3334 EMC

V.

Greater Bay Bank, Greater Bay Bancorp, Cheryl E. Howell, Krystyna Marciniak, Cathleen Colgan, Eric Lee, and Does 1 to 50

TO: (Name and address of defendant)

Greater Bay Bank, Greater Bay Bancorp, Cheryl E. Howell, Krystyna Marciniak, Cathleen Colgan, Eric Lee,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerard Chang
In Pro-Per
1247 Vicente Street
San Francisco, CA 94116
Tel.: (415) 812-5808

Kindly advise of document delivery by telephone call to ensure timely receipt by Plaintiff. Thank you.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUN 2 6 2007

HILARY JACKSON
(BY) DEPUTY CLERK