PATRICIA K. GILLETTE (No. 74461)
GREG J. RICHARDSON (No. 203788)
BROOKE D. ANDRICH (No. 238836)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email: patricia.gillette@hellerehrman.com
Email: greg.richardson@hellerehrman.com
Email: brooke.andrich@hellerehrman.com

Attorneys for Defendants
GREATER BAY BANK, GREATER BAY BANCORP,
CHERYL E. HOWELL, KRYSTYNA MARCINIAK,
CATHLEEN COLGAN, and ERIC LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERARD CHANG,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GREATER BAY BANK, GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE, and DOES 1 TO 50,<br><br>　　　　　　　　　　　　Defendants. | Case No.: C 07-3334 CW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Judge:　　　Hon. Claudia Wilken<br>Location:　 Courtroom 2, 4th Floor<br>Date:　　　 September 6, 2007<br>Time:　　　 2:00 p.m. |

Pursuant to Federal Rule of Evidence 201, Defendants Greater Bay Bank, Greater Bay Bancorp, Cheryl E. Howell, Krystyna Marciniak, Cathleen Colgan, and Eric Lee respectfully request that this Court take judicial notice of the following documents:

1.   Attached as Exhibit A hereto is a true and correct copy of the *Complaint for Breach of Fiduciary Duty, Violation of US PATRIOT Act, Violation of Fair Labor Standards, Violation of Civil Rights* in Case No. 05-5166-CW, filed by Plaintiff in the Oakland Division of this Court on December 13, 2005.

2.   Attached as Exhibit B hereto is a true and correct copy of the *Order Granting Defendants' Motion to Dismiss* in Case No. 05-5166-CW, signed by the Honorable Claudia Wilken on May 12, 2006.

3.   Attached as Exhibit C hereto is a true and correct copy of the *Order Granting Defendants' Motion for Summary Judgment* in Case No. 05-5166-CW, signed by the Honorable Claudia Wilken on March 19, 2007.

4.   Attached as Exhibit D hereto is a true and correct copy of the *Appeal of Dismissal of Case* in Case No. 05-5166-CW, filed by Plaintiff in the Oakland Division of this Court on April 13, 2007.

5.   Attached as Exhibit E hereto is a true and correct copy of the *Complaint for Wrongful Termination, Constitutional Tort, Violation of Fair Labor Standards, Family and Medical Leave Act, Fraud, Extortion, Negligence, Infliction of Emotional Distress* in Case No. 07-2437-CW, filed by Plaintiff in the San Francisco Division of this Court on May 7, 2007.

6.   Attached as Exhibit F hereto is a true and correct copy of the *Order Denying Application to Proceed <u>In Forma Pauperis</u> and Dismissing Complaint* in Case No. 07-2437-CW, signed by the Honorable Claudia Wilken on June 7, 2007.

DATED:  August 1, 2007          HELLER EHRMAN LLP


                                By _____/S/ Brooke D. Andrich_____
                                PATRICIA K. GILLETTE
                                GREG J. RICHARDSON
                                BROOKE D. ANDRICH
                                Attorneys for Defendants
                                GREATER BAY BANK, GREATER BAY
                                BANCORP, CHERYL E. HOWELL, KRYSTYNA
                                MARCINIAK, CATHLEEN COLGAN, and ERIC
                                LEE