1  PATRICIA K. GILLETTE (No. 74461)
2  GREG J. RICHARDSON (No. 203788)
   BROOKE D. ANDRICH (No. 238836)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, CA  94104-2878
5  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
6  Email: patricia.gillette@hellerehrman.com
   Email: greg.richardson@hellerehrman.com
7  Email: brooke.andrich@hellerehrman.com
8  Attorneys for Defendants
9  GREATER BAY BANK, GREATER BAY BANCORP,
   CHERYL E. HOWELL, KRYSTYNA MARCINIAK,
10 CATHLEEN COLGAN, and ERIC LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERARD CHANG,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GREATER BAY BANK, GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE, and DOES 1 TO 50,<br><br>　　　　　　　　　　Defendants. | Case No.: C 07-3334 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Judge:　　Hon. Claudia Wilken<br>Location:　Courtroom 2, 4th Floor<br>Date:　　　September 6, 2007<br>Time:　　　2:00 p.m. |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; CASE NO. C 07-3334 CW

     The motion of Defendants Greater Bay Bank, Greater Bay Bancorp, Cheryl E. Howell, Krystyna Marciniak, Cathleen Colgan, and Eric Lee (collectively, "Defendants") to dismiss Plaintiff Gerard Chang's Complaint came regularly for hearing on September 6, 2007, before the Honorable Claudia Wilken in Courtroom 2 of this Court. Brooke D. Andrich appeared as counsel for Defendants and Plaintiff Gerard Chang appeared in pro per.

     Upon consideration of the moving papers, the pleadings in this action, the arguments of counsel, and all other matters presented, it appears and this Court finds, pursuant to Federal Rule of Civil Procedure 12(b)(6) that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

     IT IS THEREFORE ORDERED THAT DEFENDANTS' MOTION TO DISMISS IS GRANTED AND THAT PLAINTIFF'S COMPLAINT IN ITS ENTIRETY IS DISMISSED WITHOUT LEAVE TO AMEND.

DATED: _____        _____
　　　　　　　　　　　　　　　　　THE HONORABLE CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE