PATRICIA K. GILLETTE (No. 74461)
GREG J. RICHARDSON (No. 203788)
BROOKE D. ANDRICH (No. 238836)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Email: patricia.gillette@hellerehrman.com
Email: greg.richardson@hellerehrman.com
Email: brooke.andrich@hellerehrman.com

Attorneys for Defendants
GREATER BAY BANK, GREATER BAY BANCORP,
CHERYL E. HOWELL, KRYSTYNA MARCINIAK,
CATHLEEN COLGAN, and ERIC LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERARD CHANG,<br><br>                 Plaintiff,<br><br>v.<br><br>GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE and DOES 1 TO 50,<br><br>                 Defendants. | Case No.: C 07-3334 CW<br><br>**PROOF OF SERVICE** |

Heller Ehrman LLP

PROOF OF SERVICE: CASE NO.: C 07-3334 CW

# PROOF OF SERVICE

I, Carolyn Ekstedt, declare that I am over the age of eighteen years and I am not a party to this action. My business address is Heller Ehrman LLP, 333 Bush Street, San Francisco, California 94104-2878.

On August 1, 2007, I served the following document(s):

**DEFENDANTS' NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6);**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6); AND**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

on the interested parties in this action by placing true and correct copies thereof, enclosed in sealed envelopes addressed as follows:

Gerard Chang
1247 Vicente Street
San Francisco, CA 94116

[ ] BY MAIL: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ] BY FACSIMILE TRANSMISSION: I transmitted such documents by facsimile as indicated on Service List.

[X] BY PERSONAL SERVICE: I caused the document(s) to be delivered by hand as indicated on Service List.

[ ] BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered to the above parties on the following business day by FEDERAL EXPRESS service as listed on the attached Service List.

1

PROOF OF SERVICE: CASE NO.: C 07-3334 CW

1  [ ] BY EMAIL: I transmitted such documents by email as indicated on Service List.

_Carolyn Ekstedt_
Carolyn Ekstedt