Gerard Chang
In Pro Per
1247 Vicente Street
San Francisco, CA 94116
Tel.: (415) 812-5808



FILED
2007 AUG -6  AM 10: 41

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GERARD CHANG,<br><br>Plaintiff,<br><br>v.<br><br>GREATER BAY BANK, GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE, and DOES 1 to 50,<br><br>Defendants.<br>_____/ | CASE NO.: C-07-3334 CW<br><br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age, my address being 1247 Vicente Street, San Francisco, CA 94116.

I certify that as of the date signed below, a copy of the document(s) listed below and any attachments was/were served, either in person or by mail, on the persons listed below.

1. Case Management Statement Order for Reassigned Civil Case

The individuals served are as follows:

Patricia K. Gillette, Esq.
Attorney for Defendants Greater Bay Bank et al.
Heller Ehrman Attorneys LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/6/07

_____
Gerard Chang

CERTIFICATE OF SERVICE
Gerard Chang v. Greater Bay Bank et al. Case No. C 07-3334 CW

Page 1 of 1