Gerard Chang
In Pro Per
1247 Vicente Street
San Francisco, CA 94116
Tel.: (415) 812-5808

FILED
2007 AUG 10 PM 1:34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GERARD CHANG, | CASE NO.: C 07-3334 CW |
| Plaintiff, | |
| vs. | |
| GREATER BAY BANK, GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE, and DOES 1 to 50, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

_____/

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age, my address being 1247 Vicente Street, San Francisco, CA 94116.

I certify that as of the date signed below, a copy of the document(s) listed below and any attachments was/were served, either in person or by mail, on the persons listed below.

**(1) Summons, (2) Complaint, (3) Standing Orders, (4) Order Setting Initial Case Management Conference, (5) ADR Dispute Resolution Procedures in the Northern District of California, (6) Welcome Pamphlet from US District Court, San Francisco, (7) ECF Registration Information Handout, (8) Motion to Determine Whether Cases are Related**

The individuals served are as follows:

1. Cathleen Colgan, 101 Ellsworth St., Ste. 202 – San Mateo, CA 94401
2. Eric Lee, 100 S. Ellsworth Avenue, San Mateo, CA 94401. Documents left with Claudia Ferguson, AVP
3. Cheryl E. Howell and Krystyna Marciniak, 400 Emerson Street, 2nd Floor, Palo Alto, CA 94301. Documents left with Grace Perez
4. Linda Iannone, General Counsel, 1900 University Avenue, East Palo Alto, CA 94303. Documents left with Linda Bass

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/7/07

Victor J. Cervantes

CERTIFICATE OF SERVICE
Chang v. Greater Bay Bank et al. Case No. C 07-3334 CW

Page 2 of 2