1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERARD CHANG,

        Plaintiff,

    v.

GREATER BAY BANK, et al.,

        Defendants.
_____/

No. C 07-03334 CW

CLERK'S NOTICE
TAKING MOTION UNDER
SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Defendants Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) under submission on the papers.  The hearing previously scheduled for September 6, 2007, is vacated.

Dated: 8/30/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

CHANG et al,

4

Case Number: CV07-03334 CW

                    Plaintiff,

5

**CERTIFICATE OF SERVICE**

      v.

6

GREATER BAY BANK et al,

7

                    Defendant.

8

_____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on August 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

Gerard  Chang
1247 Vicente Street
San Francisco,  CA 94116

15

16

Brooke Desiree Andrich
Greg James Richardson
Patricia Kruse Gillette
Heller Ehrman LLP
333 Bush Street
San Francisco,  CA 94104-2878

17

18

19

Dated: August 30, 2007

20

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California