IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERARD CHANG,

        Plaintiff,

   v.

GREATER BAY BANK, GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE and DOES 1 to 50.

        Defendants.
                                     /

No. C 07-03334 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Gerard Chang take nothing, that the action be dismissed with prejudice and without leave to amend, and that each party bear its own costs of action.

    Dated at Oakland, California, this 21st day of September, 2007.

                                                  RICHARD W. WIEKING
                                               Clerk of Court

By: _____
    SHEILAH CAHILL
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHANG et al,

    Plaintiff,

v.

GREATER BAY BANK et al,

    Defendant.

Case Number: CV07-03334 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerard Chang
1247 Vicente Street
San Francisco, CA 94116

Dated: September 21, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk