Gerard Chang
In Pro Per
1247 Vicente Street
San Francisco, CA 94116
Tel.: (415) 812-5808



FILED
2007 OCT -3 PM 1:42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD CHANG, | Case No. C 07-03334 CW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| GREATER BAY BANK, GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE, and DOES 1 TO 50, | **OBSTRUCTION OF JUSTICE** |
| Defendants. | |

1. Plaintiff has filed an appeal for related case CV 05-05166 CW in the Court of Appeals for the Ninth Circuit, docket 07-15641.

2. There exists ample, incontrovertible evidence to support Plaintiff's claims and causes of action both in the first complaint and in the second complaint being appealed herein. Said evidence has been disregarded by Judge Claudia Wilken, even though it was not in her purview to do so.

3. Plaintiff hereby appeals Judge Claudia Wilken's judgment entered on 09/21/07.

4. Judge Claudia Wilken's abuse of res judicata doctrine and threat of using a vexatious litigant order constitutes obstruction of justice and intimidation of Plaintiff.

5. Plaintiff has not, and will not, submit to Judge Claudia Wilken's unilateral, all-encompassing decisions.

6. Plaintiff has a right to a trial by Jury and so demanded in his complaints.

7. Plaintiff files this Notice of Appeal in order to protect his right to prosecute against the Defendants and to obtain remedies that only litigation can afford him.

---

Dated: October 3, 2007

_____
Gerard Chang, Plaintiff

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age, my address being 1247 Vicente Street, San Francisco, CA 94116.

I certify that as of the date signed below, a copy of the document(s) listed below and any attachments was/were served, either in person or by mail, on the persons listed below.

1. Notice of Appeal

The individuals served are as follows:

Patricia K. Gillette, Esq.
Attorney for Defendants Greater Bay Bank et al.
Heller Ehrman Attorneys LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10-3-07

_____
Gerard Chang