UNITED STATES DISTRICT COURT
FOR THE _UNITED STATES DISTRICT COURT_ DISTRICT OF _NORTHERN CALIFORNIA_

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. _C 07-03334 CW_

Short Case Title _CHANG v. GREATER BAY BANK_

Date Notice of Appeal Filed by Clerk of District Court _OCTOBER 3, 2007_

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| NOT APPLICABLE - ON THE PAPERS SUBMITTED | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

FILED OCT 17 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(✓) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Estimated date for completion of transcript _____

Signature of Attorney _/s/ Chang/_  _GERARD CHANG, IN PRO PER_  Phone Number (415) 812-5808

Address: _1247 VICENTE STREET, SAN FRANCISCO, CA 94116_

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals of the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U. S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-036 (10/1/82)

☆ U.S. GOVERNMENT PRINTING OFFICE: 1996—786-665/59128

COPY ONE

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age, my address being 1247 Vicente Street, San Francisco, CA 94116.

On the date signed below, I served true and correct copies of the attached document in person or by United States Postal Service first-class delivery:

**1) Transcript Designation and Ordering Form**

The individuals served are as follows:

Patricia K. Gillette, Esq.
Heller Ehrman Attorneys LLP
Attorney for Defendants Greater Bay Bank et al.
333 Bush Street, 30th Floor
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10-16-07

Gerard Chang

CERTIFICATE OF SERVICE        Page 1