

SAN FRANCISCO CA 941
16 OCT 2007 PM 7 L

OFFICE OF THE CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, 400 S. TOWER
OAKLAND CA 94612

GERARD CHANG
1247 VICENTE ST.
SF CA 94116