Gerard Chang
In Pro Per
612 Randolph Street
San Francisco, CA 94132
Tel.: (415) 812-5808

FILED
2008 MAR 11 PM 2:01
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD CHANG, <br><br> Plaintiff-Appellant, <br> v. <br><br> GREATER BAY BANK, GREATER BAY BANCORP, CHERYL E. HOWELL, KRYSTYNA MARCINIAK, CATHLEEN COLGAN, ERIC LEE, and DOES 1 to 50, <br><br> Defendants-Appellees. | ) DC NO.: CV-07-03334-CW <br> ) <br> ) APPEAL CASE NO.: 07-17029 <br> ) On Appeal from the United States District <br> ) Court for the Northern District of California <br> ) <br> ) NOTICE OF PLAINTIFF-APPELLANT'S <br> ) CHANGE OF ADDRESS <br> ) <br> ) <br> ) <br> ) |

**Gerard Chang, Plaintiff-Appellant**

**In Pro Per**

**612 Randolph Street**

**San Francisco, CA 94132**

**Tel.: (415) 812-5808**

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age, my address being 612 Randolph Street, San Francisco, CA 94132.

I certify that, on the date signed below, a copy of the document(s) listed below and any attachments was/were served, either by mail or in person, on the persons listed below.

**(1) Notice of Plaintiff-Appellant's Change of Address**

The individual(s) served is/are:

Patricia K. Gillette
Brooke D. Andrich
Orrick Herrington and Sutcliffe
405 Howard Street
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3-10-08

_____
Gerard Chang