Gerard Chang
In Pro Per
232 Serrano Drive
San Francisco, CA 94132
Home Tel.: (415) 841-1547
Cell Phone: (415) 812-5808



FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD CHANG, | ) DC NO.: CV-07-03334-CW |
| Plaintiff-Appellant, | ) APPEAL CASE NO.: 07-17029 |
| v. | ) On Appeal from the United States District |
| | ) Court for the Northern District of California |
| GREATER BAY BANK, GREATER BAY | ) |
| BANCORP, CHERYL E. HOWELL, KRYSTYNA | ) NOTICE OF PLAINTIFF-APPELLANT'S |
| MARCINIAK, CATHLEEN COLGAN, ERIC LEE, | ) CHANGE OF ADDRESS |
| and DOES 1 to 50, | ) |
| Defendants-Appellees. | ) |

Gerard Chang, Plaintiff-Appellant
In Pro Per
232 Serrano Drive
San Francisco, CA 94132
Home Tel.: (415) 841-1547
Cell Phone: (415) 812-5808

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age, my address being 232 Serrano Drive, San Francisco, CA 94132.

I certify that, on the date signed below, a copy of the document(s) listed below and any attachments was/were served, via U.S.P.S. first-class mail, on the persons listed below.

**(1) Notice of Plaintiff-Appellant's Change of Address**

The individual(s) served is/are:

Patricia K. Gillette
Brooke D. Andrich
Orrick Herrington and Sutcliffe
405 Howard Street
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9-2-08

Gerard Chang

CERTIFICATE OF SERVICE – Gerard Chang v. Greater Bay Bank (now Wells Fargo & Company) et al.
Page 1